UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JOSE MARCELINO M. N.,[1]
(A-Number: 089-978-482)

        Petitioner,

  v.

CHRISTOPHER CHESTNUT, Warden, et al.,

        Respondents.

No. 1:26-cv-03065-KES-FJS (HC)

FINDINGS AND RECOMMENDATION TO GRANT PETITION FOR WRIT OF HABEAS CORPUS AND DIRECT RESPONDENTS TO RELEASE PETITIONER

[10-DAY OBJECTION DEADLINE]

On April 21, 2026, Petitioner Jose Marcelino M. N. filed a petition for writ of habeas corpus. (ECF No. 1.) On April 27, 2026, the Court issued an order directing Respondents to show cause whether there are any factual or legal issues that distinguish the instant case from the Court's prior orders in *Crispin M.C. v. Noem*, No. 1:25-CV-01487-KES-HBK (HC), 2026 WL 70553 (E.D. Cal. Jan. 8, 2026); *Lepe v. Andrews*, No. 1:25-CV-01163-KES-SKO (HC), 2025 WL 2716910 (E.D. Cal. Sept. 23, 2025). (ECF No. 5.) On April 28, 2026, Respondents filed an opposition to the petition. (ECF No. 6.) Respondents did not address whether the instant case was distinguishable. Instead, Respondents raised the same legal arguments previously rejected in the above noted cases. There is, to be sure, a split among the district courts as to whether 8 U.S.C. §1226 or 8 U.S.C. § 1225 applies to aliens like Petitioner here. *Compare Lepe*, 801 F. Supp. 3d at 1118, *with Alzono v. Noem*, No. 25-cv-01519 WBS SCR, 809 F. Supp. 3d 1069, 1073-74 (E.D. Cal. 2025). Here, the district court judge assigned to this case has repeatedly embraced the former

---

[1] As recommended by the Committee on Court Administration and Case Management of the Judicial Conference of the United States, the Court omits petitioner's full name, using only his first name and last initial, to protect sensitive personal information.

view (as have most district court judges to address the question). *See Lepe*, 801 F. Supp. 3d at 1118; *Crispin M.C.,* 2026 WL 70553, at *3-6. This court recommends that Petitioner be treated the same as similarly situated aliens whose claims the district court judge assigned to this case previously adjudicated. Thus, the court recommends granting the petition and ordering Petitioner's immediate release.

RECOMMENDATION

For the foregoing reasons, the court hereby RECOMMENDS that the petition for writ of habeas corpus be GRANTED and Respondents be ORDERED TO RELEASE Petitioner.

These findings and recommendation are submitted to the United States district court judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636 (b)(1)(B) and Rule 304 of the Local Rules of Practice for the United States District Court, Eastern District of California. Within ten (10) days after being served with a copy of these findings and recommendation, a party may file written objections with the court and serve a copy on all parties. *Id*. The document should be captioned, "Objections to Magistrate Judge's Findings and Recommendation" and shall not exceed fifteen (15) pages, except by leave of court with good cause shown. The court will not consider exhibits attached to the objections. To the extent a party wishes to refer to any exhibit(s), the party should reference the exhibit in the record by its CM/ECF document and page number, when possible, or otherwise reference the exhibit with specificity. The district judge may disregard any pages filed in excess of the fifteen (15) page limitation. The parties are advised that failure to file objections within the specified time may result in the waiver of rights on appeal. *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014). This recommendation is not an order that is immediately appealable to the Ninth Circuit Court of Appeals. Any notice of appeal pursuant to Rule 4(a)(1), Federal Rules of Appellate Procedure, should not be filed until entry of the district court's judgment.

IT IS SO ORDERED.

Dated:   **May 5, 2026**   _____
UNITED STATES MAGISTRATE JUDGE