UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSÉ MARCELINO M. N. (A-Number: 089-978-482),<br><br>Petitioner,<br><br>v.<br><br>CHRISTOPHER CHESTNUT, Warden of the California City Detention Facility, et al.,<br><br>Respondents. | No.  1:26-cv-03065-KES-FJS (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING PETITION FOR WRIT OF HABEAS CORPUS, AND REQUIRING IMMEDIATE RELEASE<br><br>Doc. 1 |

Petitioner José Marcelino M. N. is an is an immigration detainee proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 6, 2026, the assigned magistrate judge issued findings and recommendations that recommended granting the petition and ordering petitioner's immediate release.  Doc. 7.  The findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within ten days after service.  Respondents have not filed objections, and the time to do so has passed.

In accordance with 28 U.S.C. § 636(b)(1), the Court reviewed the matter de novo.  Having carefully reviewed the file, the Court concludes that the findings and recommendations are supported by the record and proper analysis.

1

The Court ORDERS:

1. The findings and recommendations, Doc. 7, are ADOPTED in full.

2. The petition for writ of habeas corpus, Doc. 1, is GRANTED.

3. The motion for appointment of counsel, Doc. 2, is terminated as moot.

4. The Court ORDERS that respondents release petitioner José Marcelino M. N. (A-Number: 089-978-482) immediately.  If respondents seek to re-detain petitioner, they must hold a pre-deprivation bond hearing before a neutral arbiter pursuant to section 1226(a) and its implementing regulations, at which petitioner's eligibility for bond must be considered.

5. Respondents are ORDERED to provide petitioner with a copy of this Order upon his release.

6. The Clerk of Court is directed to close this case and enter judgment for petitioner.

7. The Clerk is directed to serve California City Detention Center with a copy of this Order.

IT IS SO ORDERED.

Dated:    May 19, 2026

_____
UNITED STATES DISTRICT JUDGE

2